# McGuireWoods

McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Philip A. Goldstein
Direct: 212.548.2167
pagoldstein@mcguirewoods.com

# MEMO ENDORSED

January 21, 2024

> The request is granted. The case is stayed pending mediation. The parties are directed to submit a status update by March 22, 2024. SO ORDERED.
>
> /s/ Edgardo Ramos
> Edgardo Ramos, U.S.D.J.
> Dated: January 22, 2024
> New York, New York

**VIA ECF**

Hon. Edgardo Ramos, District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Cercado, et al., v. Friedland Properties, Inc., et al.*
Case No. 1:23-cv-08137-ER
*Request to Stay Litigation*

Dear Judge Ramos:

Pursuant to Your Honor's Individual Practices, Plaintiff Gregorio Cercado and Defendants Friedland Properties, Inc., Larstrand Corporation, Amaury Lopez, and Anthony Torres ("Defendants"), through undersigned counsel, respectfully request that the Court stay this matter, including Defendants' time to respond to the Complaint, pending completion of private mediation by the parties.

The parties have agreed to proceed to private mediation, and are working to select a mediator and schedule a mediation. The parties propose that they provide the Court a status update within sixty (60) days regarding the mediation, or sooner if requested by the Court.

This is the parties' first request for a stay of the litigation, including Defendants' time to respond to the Complaint. No party will be prejudiced by staying this matter, and it is in the interest of judicial economy as mediation may prevent further litigation of this matter. The only deadline affected by this request is Defendants' deadline to respond to Plaintiff's Complaint. The parties can work cooperatively to set a deadline in the event that mediation is unsuccessful.

Respectfully submitted,

/s/ Roman Avshalumov (with permission)
Roman Avshalumov
Helen F. Dalton & Associates, P.C.
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
Telephone: 718-263-9591
avshalumovr@yahoo.com
*Attorney for Plaintiff*

/s/ Philip A. Goldstein
Adam T. Simons
Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Telephone: 212-548-2100
asimons@mcguirewoods.com
pagoldstein@mcguirewoods.com
*Attorneys for Defendants*